IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ANNEBELLE SALINAS, § § *Plaintiff* § § v. § § FAMILY DOLLAR STORES OF TEXAS, § LLC and HELAYNA GUAJARDO § § *Defendant.* § | CIVIL CASE NO. 2:23-cv-00338 JURY TRIAL DEMANDED |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, ANNABELLE SALINAS, by and through her counsel of record, Jason F. DeSouza, DESOUZA LAW, P.C., 4047 Naco Perrin, Suite 100, San Antonio, Texas 78217(hereinafter referred to as "Plaintiff"), Defendants, FAMILY DOLLAR STORES OF TEXAS, LLC and HELAYNA GUAJARDO (hereinafter referred to as "Defendants"), by and through its counsel of record, Douglas M. Walla, MAYER LLP, 2900 North Loop West, Suite 500, Houston, Texas 77092, respectfully show the Court the following:

1.   Plaintiff sued Defendants FAMILY DOLLAR STORES OF TEXAS, LLC and HELAYNA GUAJARDO for an alleged injury that occurred on or about November 12, 2022, at its store located at 1012 E. Riley Street, Freer, Texas 78357.

2.   Plaintiff and Defendants have reached an agreed compromised settlement of the case and there are no longer any issues in controversy relating to the claims and/or causes of action made by the Plaintiff against the Defendants.

3.   Therefore, Plaintiff, ANNABELLE SALINAS and Defendants FAMILY DOLLAR STORES OF TEXAS, LLC and HELAYNA GUAJARDO, respectfully request that the case and all causes of action

between Plaintiff, ANNABELLE SALINAS and Defendants FAMILY DOLLAR STORES OF TEXAS, LLC and HELAYNA GUAJARDO, be removed from the Court's docket and that the Court dismiss all claims and causes of action, with prejudice to the re-filing of same and with costs of court to be borne by the party incurring same.

        Respectfully Submitted,

        **DESOUZA LAW, PC**

        By: */s/ Jason F. DeSouza*
        Jason F. DeSouza
        State Bar No. 24073255
        Email: commercial@jfdlawfirm.com
        4047 Naco Perrin, Suite 100
        San Antonio, Texas 78217
        Telephone: (210) 714-4215
        Facsimile: (210) 496-0060

        *ATTORNEY FOR PLAINTIFF*
        *ANNABELLE SALINAS*

        **MAYER LLP**

        750 N. Saint Paul Street, Suite 700
        Dallas, Texas 75201
        214.349.6900 / F: 214.379.6939

        By: */s/Douglas M. Walla*
        Robin R. Gant
        State Bar No. 24069754
        E-Mail: rgant@mayerllp.com
        Zach T. Mayer
        State Bar No. 24013118
        E-Mail: zmayer@mayerllp.com
        *-and-*
        Douglas M. Walla
        State Bar No. 20759900
        E-Mail: dwalla@mayerllp.com

        **MAYER LLP**
        2900 North Loop West, Suite 500
        Houston, Texas 77092

713.487.2000/ F: 713.487.2019

**ATTORNEYS FOR DEFENDANT**
**FAMILY DOLLAR STORES OF TEXAS, LLC**
**AND HELAYNA GUAJARDO**

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on the 18th day of December 2024, a true and correct copy of the foregoing has been forwarded to all counsel of record as follows:

| | |
|---|---|
| DESOUZA LAW, PC<br>Jason F. DeSouza<br>Lauren Horne<br>4047 Naco Perrin, Suite 100<br>San Antonio, Texas 78217<br><br>**COUNSEL FOR PLAINTIFF** | ☒ E-FILE/ E-MAIL<br>☐ HAND DELIVERY<br>☐ FACSIMILE<br>☐ OVERNIGHT MAIL<br>☐ REGULAR, FIRST CLASS MAIL<br>☐ CERTIFIED MAIL/RETURN RECEIPT REQUESTED |

   _/s/ Douglas M. Walla_
   Douglas M. Walla